ACCEPTED
04-15-00289-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/5/2015 2:05:53 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00289-CR

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT OF TEXAS
AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/05/2015 2:05:53 PM
KEITH E. HOTTLE
Clerk

**RODNEY JOE GARRETT,**
Appellant

VS.

**THE STATE OF TEXAS**,
Appellee

## DESIGNATION OF NEW LEAD COUNSEL FOR APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Rule **6.1(c) of the** Texas Rules of Appellate Procedure, Michael

D. Robbins, Assistant Public Defender, hereby notifies the Court that he enters his

appearance as lead counsel for the Appellant, RODNEY JOE GARRETT, on

behalf of the Bexar County Public Defender's Office, in place of former lead

counsel, Richard B. Dulany, Jr., who is no longer employed at this office.

Respectfully submitted,

/s/ Michael D. Robbins

_____
MICHAEL D. ROBBINS
Assistant Public Defender
Paul Elizondo Tower
101 W. Nueva, Suite 310
San Antonio, Texas 78205
(210) 335-0701
FAX (210) 335-0707
mrobbins@bexar.org

Bar No. 16984600
ATTORNEY FOR APPELLANT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that a true and correct copy of the above and foregoing notice has been served by email on the Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205, on **October 5, 2015**.

/s/ Michael D. Robbins

_____
MICHAEL D. ROBBINS
Assistant Public Defender